UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:12-CV-64-F

| | | |
|---|---|---|
| UNITED STATES, *ex rel* COSTELLO INDUSTRIES, Plaintiff, | ) ) ) ) ) | |
| vs. | ) ) | ORDER |
| HANOVER INSURANCE COMPANY, Defendants. | ) ) ) | |

This matter is before the court on the Plaintiff's Motion to Stay Proceedings Pending Arbitration [DE-12]. Plaintiff indicates Defendant consents to the motion.

Pursuant to 9 U.S.C. § 3, and for the reasons stated in Plaintiff's Memorandum in Support of Motion to Stay Proceedings Pending Arbitration [DE-13], which the court ADOPTS and INCORPORATES herein, Plaintiff's Motion to Stay [DE-12] is ALLOWED, and this action is STAYED pending arbitration between Plaintiff and Sunland Builders, Inc., the principal on the payment bond issued by Defendant. The parties are directed to submit a status report of the arbitration proceedings no later than October 1, 2012, and every 90 days thereafter, until such proceedings are concluded.

SO ORDERED.   This the 22nd day of June, 2012.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge